UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

AMERICAN MERCHANT BANKING GROUP, INC.,
a Florida corporation,

        Plaintiff,

        v.

                      1:16-CV-07188-PKC

PALLADIUM EQUITY PARTNERS, LLC,
a Delaware limited liability company;
PALLADIUM CAPITAL MANAGEMENT III, LLC,
a Delaware limited liability company;
PALLADIUM EQUITY PARTNERS III, LP,
a Delaware limited partnership; and
PALLADIUM EQUITY PARTNERS IV, LP,
a Delaware limited partnership.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/17
```

        Defendants,
-------------------------------------------------------------------x

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, AMERICAN MERCHANT BANKING GROUP, INC. ("AMBG"), through its undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and paragraph 3 of the Mediated Settlement Agreement dated December 6, 2016 (the "Settlement Agreement") by and between AMBG and Defendants, PALLADIUM EQUITY PARTNERS, LLC, PALLADIUM CAPITAL MANAGEMENT, III, LLC, PALLADIUM EQUITY PARTNERS III, LP, and PALLADIUM EQUITY PARTNERS IV, LP, hereby voluntarily dismisses the above-styled action with prejudice, with the Court retaining jurisdiction to enforce the provisions of the Settlement Agreement.

SO ORDERED:

/s/ (signature)

U.S.D.J.

1-6-17

tmc

Respectfully submitted,

**KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**
*Counsel for Plaintiff*
201 South Biscayne Boulevard
27th Floor
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: /s/ *Todd A. Levine*
    **ALAN J. KLUGER**
    NY Bar No. 1738582
    FL Bar No. 200379
    akluger@klugerkaplan.com
    **TODD A. LEVINE**
    FL Bar No. 899119
    Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 5, 2017, we served the foregoing Notice of Voluntary Dismissal With Prejudice via electronic mail on counsel for Defendants, Joseph M. McLaughlin, Esq. (jmclaughlin@stblaw.com) and Anar Patel, Esq. (apatel@stblaw.com), Simpson Thacher & Bartlett, LLP, 425 Lexington Avenue, New York, New York 10017-3954.

By: /s/ *Todd A. Levine*
    **TODD A. LEVINE**

2

KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P L. • MIAMI CENTER, 27TH FLOOR, 201 SO BISCAYNE BLVD , MIAMI, FL 33131•305 379 9000